**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GEORGE FAMILY LIMITED
PARTNERSHIP,

           Respondent

            v.

SOUTH UNION TOWNSHIP ZONING
HEARING BOARD,

           Respondent

            v.

PHOEBE MARANO, WILLIAM MCNATT
AND JENNIE MCNATT, HIS WIFE, PAUL
RUANE AND ABIGAIL RUANE, HIS
WIFE, PHILLIP JONES, ANDWILLIAM
POLITO AND DOLORES POLITO,

           Petitioners

: No. 215 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.